

# Court of Appeal, First Circuit
State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

May 20, 2022

Docket Number: 2022 - KW - 0300

State Of Louisiana
   versus
Walter Jackson

TO:   Walter Jackson
Rayburn Corretional Center
27268 Hwy 21
Angie, LA 70426

Hon. Scott M. Perrilloux
Tangipahoa Parish
P.O. Box 639
Amite, LA 70422-0639
zdaniels@21jdda.org

Hon. Brian Abels
P.O. Box 788
Amite, LA 70422

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0300

VERSUS

WALTER L. JACKSON

**MAY 20, 2022**

---

In Re:    Walter L. Jackson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 69,741.

---

**BEFORE:  McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED IN PART AND DENIED ON THE SHOWING MADE IN PART.** Claims 1, 2, 3, 4, 6, 7, and relator's fifth claim relative to Gregory Grayer's testimony were previously addressed by the district court in the October 9, 2018 ruling. Accordingly, these claims are denied as relator failed to meet his burden of showing he is entitled to postconviction relief. The remaining claims (Claim 5, in part, 8, 9, 10, 11, and 12) that were addressed by the district court on December 7, 2021, are denied on the showing made as relator failed to include a copy of the district court's ruling on those claims. Relator also failed to include a copy of the transcript of the hearing on the application for postconviction relief and a complete copy of the relevant portions of the jury trial transcript. The writ application exceeds the 31-page limit for briefs on legal size paper. See Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2(D)(1).

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT